IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-12-248 |
| | § |
| OKECHUKWU OFOEGBU | § |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 49). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 17, 2014 at 9:00 a.m.**

SIGNED on June 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge