United States District Court
Southern District of Texas

**ENTERED**
November 05, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-248 |
| | § | |
| OKECHUKWU OFOEGBU | § | |

# O R D E R

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 71). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 7, 2016 at 9:00 a.m.**

SIGNED on November 5, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge